UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ALFREDO NUNES RIBEIRO,**
    Plaintiff,

V.

CIVIL ACTION
No. 25-cv-12612-BEM

**KRISTI L. NOEM, PATRICIA H. HYDE,
TODD M. LYONS and GARRETT J. RIPA,**
    Defendants.

## ORDER OF DISMISSAL

**MURPHY, D.J.**

For failure of the Plaintiff to reform his pleadings pursuant to the Order [ECF #4] issued on September 17, 2025, it is ORDERED that the above-entitled case is DISMISSED for failure to prosecute in accordance with Local Rule 41.1(b).

By the Court,

DATED: September 29, 2025

/s/ Barbara I. Beatty
Deputy Clerk